

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-18-00407-CV

———————————————————

IN RE TERRY MCBRIDE, Relator

Original Proceeding
Trial Court No. CV08-1358

Before Gabriel, Pittman, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus and/or Writ of Injunction," the real party in interest's response, and relator's reply and is of the opinion that relief should be denied.  Accordingly, relator's "Petition for Writ of Mandamus and/or Writ of Injunction" is denied.

Per Curiam

Delivered:  March 7, 2019